UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| C. Westbrook Murphy, *et ano.* ) <br>     Plaintiffs, ) <br> ) <br>     v. ) <br> PricewaterhouseCoopers, LLP, *et al.* ) <br>     Defendants. ) | Civil Action No. 02- 982 (RJL/DAR) |
| C. Westbrook Murphy, ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> PricewaterhouseCoopers, L.L.C. ) <br>     Defendant. ) | Civil Action No. 05-1054 (RJL) |
| Harold Schuler, ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> PricewaterhouseCoopers, L.L.C. ) <br>     Defendant. ) | Civil Action No. 05-2355 (RJL) |

**NOTICE OF FILING**

Pursuant to the December 7, 2005 status conference for the abovelisted cases, the parties hereby file the attached Proposed Scheduling Order.

    /s/
Richard A. Salzman (#422497)
Douglas B. Huron (#89326)
Tammany M. Kramer (#483146)
HELLER, HURON, CHERTKOF,
LERNER, SIMON & SALZMAN PLLC
1730 M Street, NW, Suite 412
Washington, DC 20036

    /s/
Eric M. Nelson (*pro hac vice*)
Stephen L. Sheinfeld (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700
Fax: (212) 294-4700

(202) 293-8090  
Fax:  (202) 293-7110                                                                 *Counsel for Defendant*

*Counsel for Plaintiff Murphy*

      /s/
----------------------------  
David L. Rose  (#376379)  
Terri N. Marcus  (#483175)  
Rose & Rose, P.C.  
1320 19th St., NW, Suite 601  
Washington, DC 20036  
(202) 331-8555  
Fax:  (202) 331-0996  

*Counsel for Plaintiff Schuler*

2