UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD D. SCHULER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>PRICEWATERHOUSECOOPERS, LLP )<br>)<br>Defendant. )<br>) | Case No. 1:05CV02355 (RJL) (DAR) |

## CONSENT MOTION FOR ADMISSION PRO HAC VICE OF ERIC M. NELSON, ESQ.

Upon the annexed Declaration of Eric M. Nelson, Esq., Winston & Strawn LLP moves this Court for an Order, pursuant to Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, admitting Eric M. Nelson, Esq. of the firm of Winston & Strawn LLP, located at 200 Park Avenue, New York, New York 10166, a member in good standing of the bar of the State of New York, *pro hac vice*, thereby permitting him to argue or try the above-captioned action, in whole or in part, on behalf of defendant PricewaterhouseCoopers LLP.

Dated: January 25, 2006

Respectfully submitted,

WINSTON & STRAWN LLP

/s/ Thomas M. Buchanan
Thomas M. Buchanan, Esq. # 337907
WINSTON & STRAWN LLP
1400 L Street, N.W.
Washington, D.C. 20005
(202) 282-5000
Facsimile (202) 282-5100