UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAROLD D. SCHULER                )
                                 )
       Plaintiff,                )
                                 )
v.                               )    Case No. 1:05CV02355 (RJL) (DAR)
                                 )
                                 )
                                 )
PRICEWATERHOUSECOOPERS, LLP      )
                                 )
       Defendant.                )
_____)

**DECLARATION IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE OF ERIC M. NELSON, ESQ.**

I, ERIC M. NELSON, declare as follows:

1. I am a member of Winston & Strawn LLP, attorneys for defendant herein. I submit this declaration in support of Winston & Strawn LLP's Motion for Admission *Pro Hac Vice* of Eric M. Nelson, Esq.

2. I maintain my office for the practice of law in Winston & Strawn's New York City offices, located at 200 Park Avenue, New York, New York 10166 (Telephone: (212) 294-6700).

3. I am admitted to practice in the State of New York. I have never been disciplined in any bar and no disciplinary proceedings against me are pending. I have never been denied admission *pro hac vice* in any jurisdiction.

4. I will be associated in this matter with Thomas M. Buchanan, Esq., a partner resident in Winston & Strawn LLP's Washington, D.C. office, and a member in good standing of

the Washington, D.C. bar who is admitted to practice in the United States District Court for the District of Columbia.

5.  I was previously admitted *pro hac vice* by this Court for purposes of representing defendant PricewaterhouseCoopers LLP in two related actions pending in this Court, entitled *C. Westbrook Murphy v. PricewaterhouseCoopers, LLP*, Civil Action No. 02-0982 (RJL/DAR) and *C. Westbrook Murphy v. PricewaterhouseCoopers, LLP*, Civil Action No. 05-01054 (RJL/DAR) (the "related actions"), and have actively participated in the defense of those actions since their commencement.

6.  Defendant PricewaterhouseCoopers LLP has requested that I be involved as defense counsel in this matter. There is good cause for my admission *pro hac vice* in that I have particular familiarity with the facts and legal issues presented in this action, which are substantially the same as those presented in the pending related actions.

7.  I do not practice law from an office located within the District of Columbia, am not admitted to the bar of the District of Columbia, and have no pending application for admission to that bar. Apart from the related actions, I have not previously sought admission *pro hac vice* in any other actions or proceedings in this Court.

8.  If admitted to practice before this Court *pro hac vice* in this action, I will abide by the disciplinary rules of this Court.

9.  Counsel for plaintiff, David Rose, Esq. of Rose & Rose, P.C., has advised me that he consents to this motion for my admission *pro hac vice* in this action.

10.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 25, 2006

                                          /s/ Eric M. Nelson
                                          Eric M. Nelson