UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD D. SCHULER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05CV02355 (RJL) (DAR) |
| ) | |
| ) | |
| ) | |
| PRICEWATERHOUSECOOPERS, LLP ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

UPON CONSIDERATION of the Motion for Admission *Pro Hac Vice* of Eric M. Nelson, Esq., to represent defendant PricewaterhouseCoopers LLP in the above-referenced action, and plaintiff's consent to said motion, it is hereby

ORDERED, that Mr. Nelson be admitted *pro hac vice* to practice in the United States District Court for the District of Columbia as additional counsel of record for defendant PricewaterhouseCoopers LLP in the above-referenced action; and it is further

ORDERED, that the Clerk of this Court forward copies of this Order to all counsel of record.

ENTERED this _____ day of _____, 2006.

_____
Richard J. Leon, United States District Judge