UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD D. SCHULER,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>)<br>)<br>PRICEWATERHOUSECOOPERS, LLP  )<br>)<br>Defendant.  )<br>_____ ) | Case No. 1:05CV02355 (RJL) (DAR) |

### CONSENT MOTION FOR ADMISSION PRO HAC VICE
### OF STEPHEN L. SHEINFELD, ESQ.

Upon the annexed Declaration of Stephen L. Sheinfeld, Esq., Winston & Strawn LLP moves this Court for an Order, pursuant to Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia, admitting Stephen L. Sheinfeld, Esq. of the firm of Winston & Strawn LLP, located at 200 Park Avenue, New York, New York 10166, a member in good standing of the bars of the State of New York and the District of Columbia, *pro hac vice*, thereby permitting him to argue or try the above-captioned action, in whole or in part, on behalf of defendant PricewaterhouseCoopers LLP.

Dated: January 25, 2006

                                              Respectfully submitted,

                                              WINSTON & STRAWN LLP

                                              /s/ Thomas M. Buchanan
                                              Thomas M. Buchanan, Esq. # 337907
                                              WINSTON & STRAWN LLP
                                              1400 L Street, N.W.
                                              Washington, D.C. 20005
                                              (202) 282-5000
                                              Facsimile (202) 282-5100