UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAROLD D. SCHULER                           )
                                            )
        Plaintiff,                          )
                                            )
v.                                          )    Case No. 1:05CV02355 (RJL) (DAR)
                                            )
                                            )
                                            )
PRICEWATERHOUSECOOPERS, LLP                 )
                                            )
        Defendant.                          )
                                            )

## DECLARATION IN SUPPORT OF
## MOTION FOR ADMISSION PRO HAC VICE OF STEPHEN L. SHEINFELD, ESQ.

I, STEPHEN L. SHEINFELD, declare as follows:

1. I am a member of Winston & Strawn LLP, attorneys for defendant herein. I submit this declaration in support of Winston & Strawn LLP's Motion for Admission *Pro Hac Vice* of Stephen L. Sheinfeld, Esq.

2. I maintain my office for the practice of law in Winston & Strawn LLP's New York City offices, located at 200 Park Avenue, New York, New York 10166 (Telephone: (212) 294-6700).

3. I am admitted to practice in the State of New York and the District of Columbia. I have never been disciplined in any bar and no disciplinary proceedings against me are pending. I have never been denied admission *pro hac vice* in any jurisdiction.

4. I will be associated in this matter with Thomas M. Buchanan, Esq., a partner resident in Winston & Strawn LLP's Washington, D.C. office, and a member in good standing of the District of Columbia bar who is admitted to practice in the United States District Court for the District of Columbia.

5. I was previously admitted *pro hac vice* by this Court for purposes of representing defendant PricewaterhouseCoopers LLP and others in two related actions pending in this Court, entitled *C. Westbrook Murphy v. PricewaterhouseCoopers, LLP*, Civil Action No. 02-0982 (RJL/DAR) and and *C. Westbrook Murphy v. PricewaterhouseCoopers, LLP*, Civil Action No. 05-01054 (the "related actions"), and have actively participated in the defense of those actions since their commencement.

6. Defendant PricewaterhouseCoopers LLP has requested that I be involved as defense counsel in this matter. There is good cause for my admission *pro hac vice* in that I have particular familiarity with the facts and legal issues presented in this action, which are substantially the same as those presented in the pending related actions.

7. I do not practice law from an office located within the District of Columbia. Apart from the related actions, I have not previously sought admission *pro hac vice* in any other actions or proceedings in this Court.

8. If admitted to practice before this Court *pro hac vice* in this action, I will abide by the disciplinary rules of this Court.

9. Counsel for plaintiff, David Rose, Esq. of Rose & Rose, P.C., has advised me that he consents to this motion for my admission *pro hac vice* in this action.

10. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 25, 2006

/s/ Stephen L. Sheinfeld
Stephen L. Sheinfeld