UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HAROLD D. SCHULER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:05CV02355 (RJL) (DAR) |
| | ) | |
| | ) | |
| | ) | |
| PRICEWATERHOUSECOOPERS, LLP | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

UPON CONSIDERATION of the Motion for Admission *Pro Hac Vice* of Stephen L.

Sheinfeld, Esq., to represent defendant PricewaterhouseCoopers LLP in the above-referenced

action, it is hereby

ORDERED, that Mr. Sheinfeld be admitted *pro hac vice* to practice in the United States

District Court for the District of Columbia as additional counsel of record for defendant

PricewaterhouseCoopers LLP in the above-referenced action; and it is further

ORDERED, that the Clerk of this Court forward copies of this Order to all counsel of

record.

ENTERED this _____ day of _____, 2006.


_____
Richard J. Leon, United States District Judge