UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD D. SCHULER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>PRICEWATERHOUSECOOPERS, LLP, )<br>)<br>Defendant. )<br>_____ ) | Case No. 1:05CV02355 (RJL/DAR) |

**DEFENDANT'S MOTION ON CONSENT FOR**
**EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT**

Defendant PricewaterhouseCoopers LLP ("PwC"), by and through its attorneys, Winston & Strawn LLP, hereby moves on consent for an extension of time, to and including February 17, 2006, to file its answer to the complaint in the above-captioned action.

Through telephone conversations and electronic mail between PwC's counsel, Eric M. Nelson, Esq., and plaintiff's counsel, David L. Rose, Esq., PwC's counsel agreed to accept service of the summons and complaint on behalf of PwC, and plaintiff's counsel consented an extension to February 17, 2006 for PwC to file its answer thereto.

The reason for the requested extension is to allow sufficient time for PwC's counsel to review and prepare a response to the complaint. There have been no previous extensions requested, and the granting of this motion will not affect any previously scheduled deadlines.

WHEREFORE, PwC respectfully requests that the Court grant this application for an extension of time, to and including February 17, 2006, to file its answer to the complaint.

Dated: January 26, 2006

    Respectfully submitted,

    WINSTON & STRAWN LLP

    /s/ Thomas M. Buchanan
    Thomas M. Buchanan, Esq. # 337907
    WINSTON & STRAWN LLP
    1700 K Street, N.W.
    Washington, D.C. 20006-3817
    (202) 282-5000
    Facsimile (202) 282-5100

    Eric M. Nelson, Esq.
    Stephen L. Sheinfeld, Esq.
    WINSTON & STRAWN LLP
    200 Park Avenue
    New York, New York 10166
    (212) 294-6700
    Facsimile (212) 294-4700

    Counsel for the Defendant
    PricewaterhouseCoopers LLP