UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD D. SCHULER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>PRICEWATERHOUSECOOPERS, LLP, )<br>)<br>Defendant. )<br>) | Case No. 1:05CV02355 (RJL/DAR) |

## ORDER

Upon consideration of the motion of defendant PricewaterhouseCoopers LLP ("PwC") to extend PwC's time, to and including February 17, 2006, to file its answer to the complaint, and plaintiff's counsel having consented to such extension, it is hereby

**ORDERED**, that the motion of PwC to extend its time to file an answer to the complaint is granted; and it is

**FURTHER ORDERED**, that PwC's time to file its answer to the complaint is extended to and including February 17, 2006.

Dated: January ____, 2006

_____
Richard J. Leon
United States District Judge