

Dennis M. Nally
06/04/2004 11:48 AM

To PwC US Staff
cc
bcc
Subject July 1, 2004--New Partner Admissions

Today is our Firm's "new partner announcement day," and I wanted to share this list with you.

PRICEWATERHOUSECOOPERS | PARTNER DIALOGUE • Announcement / Topic

Topic: List of New July 1, 2004 Internal Partner Admissions
Category: Our People Sub-Category: Partner Admissions
From: Dennis Nally

Body:
I am very pleased to announce the admission of 103 new partners to our US Firm.

Each of our new partners possesses the skills, intelligence, and breadth of experience to help move our Firm forward and achieve our strategic goals. Please join me in extending congratulations to each of our new partners. I know you will support them as they embrace their new responsibilities.

List of PwC candidates:

| Name | LOS | Work Office | Product/Service - Industry |
|---|---|---|---|
| Sandra Aresti | Assurance | Washington, DC | Consumer and Industrial Products and Services |
| Steven F. Arluna | Tax | Pittsburgh | State and Local Taxes |
| Lillian M. Borsa* | Assurance | Florham Park | Systems and Process Assurance - Consumer and Industrial Products and Services |
| Christopher J. Brabham | Assurance | Boston | Technology Info/Comm and Entertainment |
| Charles M. Braddock | Assurance | Memphis | Private Company Services |
| Michael L. Brandmeyer | Assurance | Tokyo (Minneapolis) | Technology Info/Comm and Entertainment |
| James F. Brewer | Tax | Los Angeles | Private Company Services |
| Catherine Bromilow | Assurance | Florham Park | Risk & Quality |
| James E. Bucrek* | Advisory | Chicago | Dispute Analysis & Investigations |
| Kevin R. Burney | Assurance | Boston | Systems and Process Assurance - Technology Info/Comm and Entertainment |
| Maria J. Castanon | Assurance | Dallas | Consumer and Industrial Products and Services |
| Philip W. Caster, II | Assurance | St. Louis | Consumer and Industrial Products and Services |
| Gregg T. Cheshier | Assurance | Atlanta | Technology Info/Comm and Entertainment |
| Paul K. Chrencik | Advisory | Washington, DC | Healthcare Consulting Practice |
| Thomas F. Clarke | Tax | Los Angeles | Sales and Business Development |
| Leonard L. Combs | Assurance | Philadelphia | Consumer and Industrial Products and Services |
| Stephen P. Connelly | Assurance | Washington, DC | Financial Services |
| Andrew R. Cristinzio | Assurance | Washington, DC | Transaction Services |
| Scott W. Davis | Assurance | Stamford | Technology Info/Comm and Entertainment |
| Ana M. Denena | Assurance | Houston | Consumer and Industrial Products and Services |
| Patrick G. Durbin | Assurance | Florham Park | Consumer and Industrial Products and Services - Risk & Quality Tour |
| David M. Eberhardt | Assurance | Minneapolis | Consumer and Industrial Products and Services |
| Kenneth D. Esch | Tax | Chicago | Private Company Services |
| Michael J. Feder* | Tax | Washington, DC | Global Tax Structuring - International Tax Services |
| Peter A. Ferraro | Assurance | Sydney (New York) | Transaction Services |
| Daniel J. Finneran | Assurance | Chicago | Consumer and Industrial Products and Services |

| | | | |
|---|---|---|---|
| Frank J. Frabizzio | Assurance | Philadelphia | Private Company Services |
| Suzanne M. Fradette | Assurance | Orange County | Private Company Services |
| Theresa M. Gee* | Tax | Detroit | Human Resource Solutions - Global Human Resource Solutions |
| Edward A. Gold* | Advisory | Washington, DC | Dispute Analysis & Investigations |
| Mark R. F. Gosling* | Assurance | San Jose | Internal Audit Services - Technology Info/Comm and Entertainment |
| Timothy Grady | Assurance | Boston | Financial Services |
| Amy K. Graves | Assurance | Chicago | Consumer and Industrial Products and Services |
| Joseph A. Guistino | Advisory | New York | Dispute Analysis & Investigations |
| David M. Hall | Tax | New York | Global Tax Structuring - Mergers & Acquisitions |
| Margaret M. Hardek | Assurance | Chicago | Internal Audit Services - Consumer and Industrial Products and Services |
| Edward J. Heitin | Assurance | New York | Financial Services |
| Jeffrey B. Hendrey | Assurance | Philadelphia | Consumer and Industrial Products and Services |
| Scott F. Hesse | Tax | Detroit | Global Tax Structuring - International Tax Services |
| M. Todd Hoffman* | IFS | Houston | Global Deployment |
| Bradley K. Hopton | Tax | New York | Industry Services Group |
| Heather L. Horn | Assurance | Orange County | Consumer and Industrial Products and Services |
| David V. Johnson | Assurance | Los Angeles | Technology Info/Comm and Entertainment |
| Marios Karayannis* | Tax | San Jose | Global Tax Structuring - Transfer Pricing |
| Kelly A. Keller | Assurance | Seattle | Technology Info/Comm and Entertainment |
| Kevin J. Kelly | Assurance | Birmingham | Consumer and Industrial Products and Services |
| Samuel D. Kennedy | Assurance | Atlanta | Financial Services |
| Ronald A. Kinghorn* | Assurance | Boston | Systems and Process Assurance - Technology Info/Comm and Entertainment |
| Jeffrey J. Kohler | Tax | St. Louis | Financial Services |
| Robert O. Kraft | Assurance | Rochester | Technology Info/Comm and Entertainment |
| Nick Kresic | Assurance | Detroit | Private Company Services |
| Wei Ku | Assurance | New York | Consumer and Industrial Products and Services |
| Michael W. Lammons | Assurance | Atlanta | Financial Services |
| Jeffrey P. Lavine | Advisory | Washington, DC | Dispute Analysis & Investigations |
| JeAnna P. Lickey | Tax | Dallas | Global Tax Structuring - International Tax Services |
| Robert B. Long | Assurance | Charlotte | Transaction Services |
| Raymond D. Lukas | Assurance | Philadelphia | Internal Audit Services - Consumer and Industrial Products and Services |
| Brian M. Lukasik | Tax | Detroit | Private Company Services |
| Laura E. Martinez | Assurance | San Francisco | Financial Services |
| David H. McMillen | Tax | New York | Industry Services Group |
| Lorilynn L. McSweeney | Assurance | Atlanta | Financial Services |
| Peter P. Michalowski* | Tax | New York | State and Local Taxes |
| Miles D. Mooney | Assurance | St. Louis | Private Company Services |
| Ian T. Nelson | Assurance | Chicago | Financial Services |
| Nabi Niang | Assurance | New York | Financial Services |
| Jonathan P. Orkin | Assurance | Florham Park | Financial Services - Risk & Quality Tour |
| Shawn Panson | Assurance | Florham Park | Technology Info/Comm and Entertainment |
| Diane H. Place | Tax | Philadelphia | Industry Services Group |
| James H. Prettyman | Tax | Washington, DC | Global Tax Structuring - Mergers & Acquisitions |
| Cynthia Price-Arden | Assurance | New York | Financial Services |
| James H. Quinnild* | Advisory | Minneapolis | Technology and Data Services - Consumer and Industrial Products and Services |
| Paul M. Ramos | Assurance | Cleveland | Financial Services |
| Annamaria Rapakko* | Tax | San Jose | Global Tax Structuring - International Tax Services |
| Peter D. Raymond* | Advisory | Washington, DC | Dispute Analysis & Investigations |
| Sean P. Riley | Assurance | Boston | Consumer and Industrial Products and Services |
| James Ruan* | Advisory | New York | Technology and Data Services - Consumer and Industrial Products and Services |
| Pankaj Sahay* | Advisory | Los Angeles | Finance, Operations, Risk and Compliance - Consumer and Industrial Products and Services |

| | | | |
|---|---|---|---|
| Brittney B. Saks | Tax | Chicago | Human Resource Solutions - Personal Financial Services |
| Kurt G. Sands | Assurance | Houston | Consumer and Industrial Products and Services |
| Peter J. Schlicksup | Assurance | Tysons Corner | Private Company Services |
| Kirsten R. Schofield | Assurance | Florham Park | Private Company Services - Risk & Quality Tour |
| J. Fentress Seagroves, Jr.* | Assurance | Atlanta | Transaction Services |
| Kenneth S. Shives | Tax | Charlotte | Financial Services |
| Nigel W. Smith* | Assurance | New York | Transaction Services |
| C. Steven Smith | Tax | Charlotte | Industry Services Group |
| Jeffrey D. Sorensen | Assurance | Stamford | Technology Info/Comm and Entertainment |
| Annette P. Spicker | Assurance | Columbus | Financial Services |
| Benjamin K. Stanga | Tax | Atlanta | Industry Services Group |
| W. Stephen Sullins | Assurance | London (Detroit) | Consumer and Industrial Products and Services |
| James D. Summa | Advisory | New York | Finance, Operations, Risk and Compliance - Financial Services |
| Pierre-Alain Sur | Assurance | Little Rock | Technology Info/Comm and Entertainment |
| Carole A. Symonds | Tax | Boston | Private Company Services |
| Edward V. Tobia, Jr. | Assurance | Philadelphia | Systems and Process Assurance - Consumer and Industrial Products and Services |
| Timothy J. Trifilo | Tax | Washington, DC | Financial Services |
| William A. Udelhofen | Assurance | Minneapolis | Private Company Services |
| Dominic A. Walker | Assurance | Atlanta | Consumer and Industrial Products and Services |
| Reginald J. Walker | Assurance | Minneapolis | Systems and Process Assurance - Consumer and Industrial Products and Services |
| Charles W. Walter | Tax | Stamford | Industry Services Group |
| Timothy R. Weld | Assurance | New York | Consumer and Industrial Products and Services |
| Michele M. Weldon | Assurance | Boston | Financial Services |
| Craig S. Wendt | Assurance | Florham Park | Consumer and Industrial Products and Services - Risk & Quality Tour |
| Christopher Whitley | Assurance | New York | Transaction Services |
| Daniel J. Zwarn* | Assurance | San Jose | Technology Info/Comm and Entertainment |

*Indicates Principal Status



Juan Pujadas/US/ABAS/PwC
06/04/2004 11:36 AM
1 646 471 7782
New York
US

To Advisory All
cc
bcc
Subject Fw: New Partners

I am pleased to inform you that the following individuals will be admitted to the partnership in the Advisory Practice.

| | | |
|---|---|---|
| James Quinnild | TDS | Minneapolis |
| James Ruan | TDS | New York |
| Paul Chrencik | HCP/WFP | Washington DC |
| Doug Summa | FORCe | New York |
| Pankaj Sahay | FORCe | Los Angeles |
| Jeff Lavine | FORCe | Washington DC |
| Jim Bucrek | DAI | Chicago |
| Edward Gold | DAI | Washington DC |
| Joseph Guistino | DAI | New York |
| Peter Raymond | DAI/WFP | Washington DC |
| Michelle Wilson | DAI | New York |

Each of these new partners will play an important role in the execution of our Firm and practice strategy . Please join me today in congratulating them on this important milestone in their careers and in celebrating with them this accomplishment. I know you will support them as they move into their new roles and responsibilities.

Regards

Juan



Tim Ryan/US/ABAS/PwC
06/04/2004 08:52 AM

To Am Banking Group ABAS Designated Partners , Am Banking Group ABAS Partners Other , Am Banking Group ABAS Managers, Am Banking Group ABAS Managers Other , Am
cc
bcc
Subject New Partners

Please join me in congratulating Steve Connelly, Sam Kennedy, Jeff Lavine, and Nabi Niang on their admission, effective July 1, 2004, to the PwC partnership.

Steve Connelly has served a variety of Banking Practice clients since joining the Boston office in 1992. Steve is currently located in Washington , D.C. where he works on Freddie Mac, the Federal Home Loan Banks, Sallie Mae, and Friedman, Billings and Ramsey. Prior to relocating to D.C., Steve was the lead senior manager on FleetBoston Financial and served a two year tour -of-duty in National R&Q where he worked on the Financial Instruments Team and supported the AcSEC Chairman on standard setting matters. Steve will assume partner responsibilities on the Freddie Mac and Federal Home Loan Bank engagements.

Sam Kennedy graduated from the University of Delaware and has been in the Atlanta office since 2001 after transferring from the Charlotte office. He has been in the Banking Practice since he began with the firm. His most recent clients include SunTrust and Bank of America . Sam has been the lead senior manager on the SunTrust engagement and will assume partner responsibilities this coming year . Sam and his wife, Heather, have two children, Courtney Shae (3 1/2) and Sydney Claire (11 months).

Jeff Lavine joined the Regulatory Advisory Services practice in 1991 as an intern. A CPA and a lawyer, Jeff has advised a wide range of U.S. and foreign banks. He has assisted banks in improving operations , overcoming regulatory duress, and entering new businesses that require regulatory approval . Recently, Jeff has leveraged his project management skills to manage bank internal audit outsourcing engagements, such as our mid-year transition from E&Y at PNC Bank. Jeff and his wife Phyllis live in Washington, D.C. and have two children Matthew (7) and Sophie (5).

Nabi Niang joined the New York Office of PwC in 1996, after having started his professional career with Arthur Andersen in Paris. During his career at PwC, Nabi has worked on the audit of JP Morgan Chase, led several special projects in the area of capital markets , and worked on the US GAAP conversion of several European banks. Since March 2002, Nabi has been on secondment as Director for Financial Services at the World Economic Forum in Geneva , Switzerland, where he is in charge of the relationships with banks, insurance companies, and asset managers that are members of this international organization. Nabi will be relocating with his wife , Fatou, and their two sons, Lucas and Ethan, to New York, where he will be working in the Banking Practice as a partner on JP Morgan Chase and foreign banks. Nabi holds an MBA from the University of Pennsylvania , an MSc in Finance from Paris IX, and a graduate diploma in Finance from the LSE.

This is a significant milestone in the career of these senior managers . The partners and I are extremely proud of them and their accomplishments and happily welcome them as our partners . The Firm will be stronger on July 1 as a result of their admission. Please feel free to extend your congratulations to Steve , Sam, Jeff, and Nabi.

Tim Ryan