UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD SCHULER <br> 2191 Pond View Court <br> Reston, VA  20191 <br><br> Plaintiff, <br><br> On Behalf of Himself and Other Similarly Situated older employees <br><br> v. <br><br> PRICEWATERHOUSECOOPERS LLP <br> 1301 K St., NW <br> Suite 800 <br> Washington, D.C.  20005 <br><br> Defendant. | Case No. 1:05CV02355 (RJL/DAR) |

## DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant PricewaterhouseCoopers LLP moves, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, for judgment on the pleadings, dismissing the Complaint in its entirety, and granting such other and further relief as the Court may deem appropriate.

Further support for this motion is set forth in the Complaint, filed December 8, 2005; the Answer, filed February 17, 2006, and the exhibits annexed thereto; the Declaration of Eric M. Nelson, Esq., dated February 17, 2006, and the exhibits annexed thereto; and,

Defendant's Memorandum of Points and Authorities in Support of Motion For Judgment on the Pleadings, dated February 17, 2006.

Dated:  February 17, 2006

WINSTON & STRAWN LLP


/s/ Eric M. Nelson
Eric M. Nelson, Esq. (admitted *pro hac vice*)
Stephen L. Sheinfeld, Esq.
        (admitted *pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York  10166
(212) 294-6700
Facsimile (212) 294-4700

Thomas M. Buchanan, Esq. #337907
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C.  20036
(202) 282-5000
Facsimile (202) 282-5100

Counsel for Defendant
PricewaterhouseCoopers LLP