UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD SCHULER<br>2191 Pond View Court<br>Reston, VA  20191<br><br>             Plaintiff,<br><br>On Behalf of Himself and Other Similarly<br>Situated older employees<br><br>       v.<br><br>PRICEWATERHOUSECOOPERS LLP<br>1301 K St., NW<br>Suite 800<br>Washington, D.C.  20005<br><br>            Defendant. | Case No. 1:05CV02355 (RJL/DAR) |

## <u>ORDER</u>

UPON CONSIDERATION of Defendant's Motion for Judgment on the Pleadings, dated February 17, 2006, the papers submitted in support of and in opposition to the motion, and the entire record herein, it is hereby

ORDERED, that Defendant's Motion for Judgment on the Pleadings is granted; and it is further

ORDERED, that plaintiff's complaint in this action is dismissed in its entirety and with prejudice; and it is further

ORDERED, that the Clerk of this Court forward copies of this Order to all counsel of record.

ENTERED this _____ day of _____, 2006.

_____
Richard J. Leon, United States District Judge

Copies to:

Thomas M. Buchanan, Esq. # 337907
WINSTON & STRAWN LLP
1400 L Street, N.W.
Washington, D.C. 20005

Eric M. Nelson, Esq.
Stephen L. Sheinfeld, Esq.
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166

Counsel for Defendant

David L. Rose, Esq. #376379
ROSE & ROSE, P.C.
1320 19th Street, N.W., Suite 601
Washington, D.C. 20036

Counsel for Plaintiff