UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD SCHULER<br>2191 Pond View Court<br>Reston, VA  20191<br><br>            Plaintiff,<br><br>On Behalf of Himself and Other Similarly<br>Situated older employees<br><br>     v.<br><br>PRICEWATERHOUSECOOPERS LLP<br>1301 K St., NW<br>Suite 800<br>Washington, D.C.  20005<br><br>            Defendant. | Case No. 1:05CV02355 (RJL/DAR) |

## DECLARATION OF ERIC M. NELSON, ESQ., IN SUPPORT OF DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

I, ERIC M. NELSON, declare as follows:

1.   I am a member of Winston & Strawn LLP, attorneys for defendant herein, and have been admitted *pro hac vice*.  The purpose of this declaration is to place before the Court under one cover the materials cited in the accompanying Defendant's Memorandum of Points and Authorities In Support of Motion for Judgment on the Pleadings, dated February 17, 2006.

2.  For the convenience of the Court, a copy of the Complaint is annexed hereto as Exhibit A, and a copy of the Answer, with attached exhibits, is annexed hereto as Exhibit B.

3.  Annexed hereto as Exhibit C is a copy of the tolling agreement alleged in paragraph 47 of the Complaint.

4.  Annexed hereto as Exhibit D is a copy of the Worksharing Agreement Between the District of Columbia Office of Human Rights and the U.S. Equal Employment Opportunity Commission, Washington Field Office, which was obtained from the District of Columbia Office of Human Rights in response to a request for the worksharing agreement in effect in 2005, and "is a public record of which the court may take judicial notice" (<u>Fowler v. District of Columbia</u>, 122 F.Supp.2d 37, 40 n4 (D.D.C. 2000).

5.  For the reasons stated in the accompanying memorandum of points and authorities, it is respectfully submitted that defendant's motion for judgment on the pleadings should be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 17, 2005

/s/
Eric M. Nelson

2