# WINSTON & STRAWN LLP | Facsimile

200 PARK AVE., NEW YORK NY 10166-4193
TELEPHONE: 212-294-6700   FACSIMILE: 212-294-4700

| 35 W. WACKER DRIVE | 1700 K STREET, N.W. | 38TH FLOOR, 333 SOUTH GRAND AVE | 101 CALIFORNIA STREET | 43 RUE DU RHONE | 21 AVENUE VICTOR HUGO | BUCKLERSBURY HOUSE |
| CHICAGO IL 60601-9703 | WASHINGTON, DC 20006-3817 | LOS ANGELES, CA 90071-1543 | SAN FRANCISCO CA 94111-5894 | 1204 GENEVA, SWITZERLAND | 75116 PARIS, FRANCE | 3 QUEEN VICTORIA STREET |
| 312-558-5600 | 202-282-5000 | 213-615-1700 | 415-591-1000 | 41-22-317-75-75 | 33-1-53-64-82-82 | LONDON, ENGLAND EC4N 8NH |
|  |  |  |  |  |  | 44-020-7429-0000 |

## Fax Number: 212-294-4700

**FROM:** Stephen Sheinfeld

**CHARGEBACK:**
09175
90175.1

**DATE:** 7/1/2005

### Please Deliver as Soon as Possible To:

| RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|
| David Rose, Esq. | Rose & Rose | 202-331-0996 | 202-331-8555 |

Total number of pages including this page: 4

**COMMENTS**

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL OUR FAX OPERATOR AS SOON AS POSSIBLE.
THANK YOU.
212-294-5319

cc: Eric [illegible]

The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via the U.S. Postal Service. Thank you.

Operator Initials: _____
Confirmation: Yes ____ Name: _____ No: ____

# ROSE & ROSE

1320 19th St., N.W.
Suite 601
Washington, D.C. 20036-1655
Fax (202) 331-0996

David L. Rose  
(202) 331-8555

Terri N. Marcus  
(202) 331-8557

Joshua N. Rose  
(202) 331-8556

## TELECOPIER TRANSMISSION COVER SHEET

**DATE:** June 30, 2005

**TO:** Eric M. Nelson and/or Stephen Sheinfeld

**VIA TELECOPIER** (212) 294-4700

**Re:** Schuler and PricewaterhouseCoopers, LLP.

**FROM:** Dave Rose

**MESSAGE:** Here is our letter for Mr. Schuler to you for PwC in which the parties agree to mediation and to the tolling of the period of limitations. Please sign and return or call me with any problems.

**CLIENT #:**  **DATE SENT:** June 30, 2005  **SENT BY:** Mjr

This fax includes 8 pages, not including this one. The original will follow by mail.

06/30/2005 THU 14:26  FAX 202 331 0996 Rose and Rose, PC                                    ☒002/003

# ROSE & ROSE

*A Professional Corporation*
*1320 19th Street, N.W.*
*Suite 601*
*Washington, D.C. 20036*
*Telephone: (202) 331-8555*
*Fax: (202) 331-0996*

David L. Rose
daver@roselawyers.com
(202) 331-8555

Joshua N. Rose
josh@roselawyers.com
(202) 331-8556

David M. Wachtel
davew@roselawyers.com
(202) 331-8557

Terri N. Marcus
tmarcus@roselawyers.com
(202) 331-0363

June 30, 2005

**BY FACSIMILE & FIRST CLASS MAIL**

Stephen L. Sheinfeld
Eric M. Nelson
Winston & Strawn, LLP
1700 K Street, NW
Washington, DC 20006-3817

Re:   Schuler and PricewaterhouseCoopers, LLP

Dear Messrs. Sheinfeld and Nelson:

As Mr. Nelson and I discussed earlier this week, my client Harold Schuler is prepared to file a new lawsuit in the Unites States District Court for the District of Columbia concerning his claims of age discrimination under federal and state law. Mr. Schuler contends that PwC discriminated against him on the basis of his age when it failed to promote him to partner in 2004 and 2005. See EEOC Charge No. 160-200501246. EEOC issued Mr. Schuler a right-to-sue letter dated April 28, 2005. Our records indicate the letter was received on May 2, 2005. Thus, the 90 days within which to file would expire on Monday, August 1, 2005.

Today you proposed that we enter mediation. As we discussed this morning, my client is willing to pursue mediation, even though the mediation that preceded the filing of Murphy and Schuler v. PwC, D.C. Civ. Action No. 02cv982, was unsuccessful. As I indicated today, my client and I are available to participate in mediation during the week of July 18th. If that week is not possible, we would probably be available during the weeks of August 8th and August 15th. Plaintiff agrees to use Judge Richard Levie, who acted as the mediator before the filing in 2002 of the Murphy/Schuler case against PwC. If PwC has a preference for another mediator or if Judge Levie is not available at a convenient time, please propose alternate mediators for our consideration.

In light of the uncertainty of the date of mediation, we appreciate PwC's offer to toll the period of limitations, so we would have time in which to file suit if the mediation efforts are

unsuccessful. Based on our understanding of today's conversations, the tolling agreement is as follows:

> Mr. Schuler shall have 30 days from the date of mediation to file suit, or 30 days from the date that either side gives written notice that it believes that further efforts at mediation would be futile.

If the preceding is correct, please sign on this page below my signature for PwC so that we will have a written agreement between the potential parties for such tolling.

Thank you for your cooperation. We are looking forward to attending the mediation session as soon as it can be conveniently arranged.

Sincerely,

David L. Rose
Attorney for Harold Schuler

We agree to toll the period of limitations as set forth above.

Attorney for PwC