UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD D. SCHULER ) <br> 2191 Pond View Court ) <br> Reston, VA 20191 ) <br>                Plaintiff, ) <br> ) <br> On Behalf of Himself and Other Similarly ) <br> Situated older employees ) <br> ) <br>      v. ) <br> ) <br> PRICEWATERHOUSECOOPERS, LLP ) <br> 1301 K St., NW ) <br> Suite 800 ) <br> Washington, D.C. 20005 ) <br>               Defendant. ) | Case No. 1:05CV02355 (RJL/DAR) <br><br> Uncontested Motion for Extension <br> of Time to File Opposition to <br> Defendant's Motion for Judgment <br> on the Pleadings <br><br><br><br> ADEA Collective Action and <br> DCHRA Class Action |

      Plaintiff, by and through his attorney of record, hereby moves for leave to file his opposition to Defendant's Motion for Judgment on the Pleadings, which was filed on February 18, 2006.

      In support of this motion, undersigned counsel certifies:

      Defense counsel consents to the extension of time in which to file. The parties have agreed that Plaintiff may file his opposition no later than Friday, March 10, 2006.

      In the event Plaintiff's motion is granted, Defendant moves for leave to file its reply to Plaintiff's opposition. The parties have agreed that Defendant may file its reply no later than Friday, March 31, 2006.

WHEREFORE, Plaintiff prays that the present motion be granted.

DATED: February 27, 2006				ROSE & ROSE, P.C.


						/s/ Terri N. Marcus
				By:	_____
						Terri N. Marcus (DCB# 483175)
						ROSE & ROSE, P.C.
						1320 19th Street, N.W., Suite 601
						Washington, D.C.  20036
						Tel: (202) 331-8555
						Fax: (202) 331-0996
						tmarcus@roselawyers.com

						Attorneys for Plaintiff