UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HAROLD D. SCHULER <br> 2191 Pond View Court <br> Reston, VA 20191 <br>                     Plaintiff, <br><br> On Behalf of Himself and Other Similarly Situated older employees <br><br>     v. <br><br> PRICEWATERHOUSECOOPERS, LLP <br> 1301 K St., NW <br> Suite 800 <br> Washington, D.C.  20005 <br>                     Defendant. | Case No.  1:05CV02355 (RJL/DAR) <br><br> [Proposed] ORDER Granting Extension of Time to File Opposition to Defendant's Motion for Judgment on the Pleadings <br><br> ADEA Collective Action and DCHRA Class Action |

Plaintiff's Consent Motion for Extension of Time to File Opposition to Defendant's Motion for Judgment on the Pleadings is hereby GRANTED.  Plaintiff's opposition shall be filed on or before March 10, 2006.  Defendant's reply shall be filed on or before March 31, 2006.

So Ordered this ____ day of February, 2006

_____
Honorable Richard J. Leon
United States District Judge