UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HAROLD D. SCHULER | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:05CV02355 (RJL/DAR) |
| | ) | |
| On Behalf of Himself and Other Similarly Situated older employees | ) | Declaration of Terri N. Marcus in Support of Plaintiffs' Opposition to Defendant's Motion for Judgment on the Pleadings |
| v. | ) | |
| PRICEWATERHOUSECOOPERS, LLP | ) | ADEA Collective Action and DCHRA Class Action |
| Defendant. | ) | |

### DECLARATION OF TERRI N. MARCUS

I, TERRI N. MARCUS, hereby declare as follows:

1. I am one of the attorneys of record in the above-referenced matter. I have personal knowledge of the facts set forth herein, and, if called upon to do so, I could and would testify competently thereto.

2. A true and accurate copy of the Letter to Harold Schuler from the EEOC's New York District Office, dated March 14, 2005, is attached hereto as Exhibit "A".

3. A true and accurate copy of the charge of discrimination filed by C. Westbrook Murphy with the Washington, D.C. office of the EEOC, dated March 4, 2005 is attached hereto as Exhibit "B".

4. A true and accurate copy of the EEOC's website page, found at http://www.eeoc.gov/charge/overview_charge_filing.html is attached hereto as Exhibit "C".

    5.  A true and accurate copy of the worksharing agreement between the New York State Division of Human Rights and the Equal Employment Opportunity Commission for fiscal year 2004 is attached hereto as Exhibit "D".

    I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of March, 2006, in Washington, D.C.

                                                                           /s/ Terri N. Marcus

                                                                           _____

                                                                           Terri N. Marcus