UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| HAROLD D. SCHULER | ) |
| Plaintiff, | ) |
| On Behalf of Himself and Other Similarly Situated older employees | ) |
| v. | ) Civil Case No. 05cv2355 (RJL) |
| PRICEWATERHOUSECOOPERS, LLP | ) |
| Defendant. | ) |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 28th day of September 2006, hereby

**ORDERED** that defendant's motion for judgment on the pleadings [#9] is GRANTED; and it is further

**ORDERED** that judgment is entered in favor of the defendant, and the case is dismissed.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge