UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD D. SCHULER )<br>)<br>Plaintiff, )<br>)<br>)<br>On Behalf of Himself and Other Similarly Situated )<br>Older Employees )<br>) <br>) <br>v. )<br>)<br>PRICEWATERHOUSECOOPERS, LLP )<br>)<br>) | Civil Case No. 05cv2355 (RJL) |

**ORDER**

After considering the motion and memorandum to support, opposition, and all other matters presented to the Court, **IT IS HEREBY ORDERED THAT:**

    Plaintiff's Motion to Alter and Amend is GRANTED and the Final Judgment entered on September 28, 2006 is VACATED based upon the intervening decision of the Supreme Court.

DATED: October __, 2006

                                                  HONORABLE RICHARD J. LEON
                                                UNITED STATES DISTRICT COURT JUDGE