UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD D. SCHULER )<br><br>Plaintiff, )<br>)<br>On Behalf of Himself and Other Similarly Situated )<br>Older Employees )<br>) | Civil Case No. 05 cv2355 (RJL) |
| v. )<br>)<br>PRICEWATERHOUSECOOPERS, LLP )<br>) | |

**ORDER**

After considering the motion, opposition, and all other matters presented to the Court, **IT IS HEREBY ORDERED THAT:**

    Plaintiff may proceed to File charges with DCOHR within 20 days and file an amended complaint within 10 days thereafter.


DATED: October __, 2006              _____
                                                      HONORABLE RICHARD J. LEON
                                                      UNITED STATES DISTRICT COURT JUDGE