UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
HAROLD D. SCHULER                )
                                 )
    Plaintiff,                   )
                                 )
                                 )
On Behalf of Himself and Other Similarly Situated  )
Older Employees                  )
                                 )    Civil Case No. 05cv2355 (RJL)
                                 )
        v.                       )
                                 )
PRICEWATERHOUSECOOPERS, LLP      )
                                 )
_____)

**MOTION TO ALTER the OPINION and FINAL ORDER FILED on SEPTEMBER 28, 2006, GRANTING JUDGMENT ON THE PLEADINGS TO THE DEFENDANT**

Plaintiff Harold Schuler ("Plaintiff" or "Schuler") by his attorney, moves to alter and amend the Opinion and Final Judgment entered in this case on September 28, 2006.  In the alternative the Plaintiff moves for a leave of 20 days within which to file a notice to the District of Columbia Office of Human Rights and an amended complaint so stating.  The reasons and authorities warranting such filings are set forth in the Memorandum of Points and Authorities filed herewith.

On June 22, 2006, months after the parties submitted their memoranda of law, the Supreme Court ruled that "only the 'commence[ment]' of state proceedings" is required and that "proper commencement is not required" and that the ADEA "does not entail compliance with any other state procedural rule...."  Woodford v. Ngo, 126 S.Ct. 2378, 2390.  The judgment should be altered and vacated based upon that ruling.

For the reasons stated in the Memorandum of Points and Authorities this Court should grant the Plaintiff's Rule 59(e) motion.

DATED: October 10, 2006                                  ROSE & ROSE, P.C.

/s/ David L. Rose

By: _____
David L. Rose
Attorney for PLAINTIFF