UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD D. SCHULER,<br>Plaintiff,<br><br>On Behalf of Himself and Other<br>Similarly Situated Older Employees<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLP,<br>Defendant. | Civil Case No. 05cv2355 (RJL) |

## ORDER

Upon consideration of plaintiff's motion to alter or amend the final judgment entered September 29, 2006, defendant's opposition thereto, and the entire record herein, it is, this _____ day of _____ 2006, hereby

**ORDERED** that plaintiff's motion to alter or amend the final judgment (#17) is DENIED.

**SO ORDERED**.

_____
RICHARD J. LEON
United States District Judge