UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HAROLD SCHULER )<br>)<br>Plaintiff, )<br>)<br>On Behalf of Himself and Other Similarly )<br>Situated Older Employees )<br>)<br>v. )<br>)<br>PRICEWATERHOUSECOOPERS, LLP )<br>)<br>Defendant. ) | **Notice of Appeal**<br><br>Civil Case No. 05-cv-2355 (RJL) |

Harold Schuler, Plaintiff, by his attorney, hereby appeals to the United States Court of Appeals for the District of Columbia from the Memorandum and Opinion and Final Judgment filed on September 29, 2006 and the final order entered on November 13, 2006 denying the Plaintiff's motion to alter or amend this Final Judgment.

/s/ David L. Rose
David L. Rose
1320 19th Street, NW
Suite 601
Washington, DC  20036
(202) 331-8555
Attorney for Plaintiff Schuler