UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD D. SCHULER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| On Behalf of Himself and Other Similarly Situated ) | |
| Older Employees ) | |
| ) | Civil Case No. 05 cv2355 (RJL) |
| ) | |
| v. ) | **Motion for a Scheduling** |
| ) | **Conference and for a** |
| PRICEWATERHOUSECOOPERS, LLP, ) | **Scheduling Order** |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff requests, pursuant to Rule 16, Fed. R. Civ. P. and L Cv. Rule 16.3 and 16.4, that the Court set a scheduling conference in light of the decision of the U. S. Court of Appeals in this case. *Schuler v. PricewaterhouseCoopers, LLP.,* 514 F.3d 1365 (Feb. 2008). Defendant moved for judgment on the pleadings on Feb. 18, 2006, one day after it filed its Answer on Feb. 17, 2006. Docket Nos. 8 and 9. This Court granted that motion on Sept. 29, 2006, and entered a final judgment on the same day. Docket Nos.15 and 16. We have been unable to establish whether the mandate of the Court of Appeals which was issued in April, was sent to this Court.

    There has been no discovery in this case and effectively no schedule, because this Court's Order foreclosed discovery until it was reversed.

    In light of the favorable ruling cited above, Plaintiff Schuler seeks a scheduling conference so that the Court can enter a scheduling order of the kind submitted herewith, setting a schedule for the completion of discovery and for motions. In effect, Plaintiff seeks a procedure which will allow him sufficient discovery so that he can "can prove a 'set of facts in support of

his claim which would entitle him to relief.'" *Schuler v. PwC, LLP, supra,* 514 F. 3d at 1380.  He seeks such a conference and scheduling order as soon as possible.

Undersigned counsel certifies that on or about June 10, and again on June 18, 2008, the undersigned attorney conferred by telephone with the attorney for the Defendant, Eric Nelson, Esq., pursuant to L Cv R 16.2 and 16.3, in an effort to obtain Defendant's agreement to seek a scheduling conference and a scheduling order under L Cv. R. 16.4, in light of the decision in *Schuler v. PwC, LLP, supra.*

Attorney Nelson advised him that the Defendant PwC, LLP, does not believe that a scheduling conference is necessary or appropriate, and that Defendant will not support the request for such a conference.

Defendant PwC LLP has not advised the undersigned of any good reason for not wishing to have a scheduling conference and a schedule in this case. While the Local Rules expressly require such a scheduling conference, they do not directly address the question of how a party who prevails on appeal from an order dismissing a suit before trial should seek to obtain a schedule and a trial date.

In the earlier related suit brought by Plaintiff Schuler, Defendant PwC's third motion for summary judgment is pending. *Murphy and Schuler v. PwC,* No. 02cv982 (RJL).

This motion should be granted, and the Court should set a date for a scheduling conference as soon as is feasible.

        Respectfully submitted,

        /s/ David L. Rose

        _____

        David L. Rose
        Yuval Rubinstein
        ROSE & ROSE, P.C.
        1320 19th Street, N.W., Suite 601
        Washington, D.C. 20036
        Tel: (202) 331-8555
        Fax: (202) 331-0996
        daver@roselawyers.com

        Attorneys for Plaintiff

July 9, 2008