UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD D. SCHULER )<br>)<br>Plaintiff, )<br>)<br>)<br>On Behalf of Himself and Other Similarly Situated )<br>Older Employees )<br>) <br>) <br>)<br>v. )<br>)<br>PRICEWATERHOUSECOOPERS, LLP, )<br>)<br>Defendant. )<br>) | Civil Case No. 05 cv2355 (RJL) |

**ORDER FOR SCHEDULING CONFERENCE**

Plaintiff Schuler, having moved for a scheduling conference and thereafter a scheduling order based upon the decision of the U. S. Court of Appeals for the District of Columbia Circuit, *Schuler v. PwC,* 514 F.3d 1365, and Defendant having had an opportunity to respond, and the Court being fully informed, it is

ORDERED that a scheduling conference in this case be scheduled for Aug 7, 2008, and that the parties hold their conference under L. Cv R 16.3 at least 21 days before that date, and that the parties file a report and order pursuant L. Cv. R 16.3(d) within 14 days of that conference.

_____
UNITED STATES DISTRICT JUDGE

.

Done this _____ day of July, 2008