# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-7207**                                   **September Term, 2007**

FILED ON:

HAROLD D. SCHULER, ON BEHALF OF HIMSELF AND OTHER SIMILARLY SITUATED OLDER EMPLOYEES,
APPELLANT

v.

PRICEWATERHOUSECOOPERS, LLP,
APPELLEE

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  FEB 1 1 2008

CLERK

---

Appeal from the United States District Court
for the District of Columbia
(No. 05cv02355)

---

Before: ROGERS, TATEL and KAVANAUGH, *Circuit Judges.*

### JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the dismissal of the ADEA claim for failure to satisfy the statute's administrative prerequisites is hereby reversed and the case remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED:
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

FOR THE COURT:
Mark J. Langer, Clerk

BY:

Michael C. McGrail
Deputy Clerk

Date: February 12, 2008

Opinion for the court filed by Circuit Judge Tatel.

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk