## Nelson, Eric M.

**From:** Nelson, Eric M.
**Sent:** Wednesday, July 02, 2008 7:59 PM
**To:** daver@roselawyers.com
**Subject:** Schuler v. PwC, No. 05cv02355

David:

Confirming our telephone conversation of this afternoon, I appreciate your agreement to extend to July 31 PwC's time to serve its responses and objections to plaintiff's document requests and interrogatories served in June. In the meantime, please let me know if you conclude that a Rule 26(f) conference is required. As you know, we do not believe that such a conference is necessary or appropriate at this advanced stage of the litigation, but are otherwise available to discuss further proceedings in the case.

Regards,

Eric


**Eric M. Nelson**
Partner

Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
T: +1 (212) 294-6700
F: +1 (212) 294-4700

email | www.winston.com

WINSTON
& STRAWN
LLP