UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD D. SCHULER,<br><br>Plaintiff,<br><br>On Behalf of Himself and Other Similarly Situated Older Employees<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLP,<br><br>Defendant. | Civil Case No. 05cv2355 (RJL) (DAR) |

## ORDER

**UPON CONSIDERATION** of plaintiff's motion for a scheduling conference and order (Docket No. 25), defendant's opposition thereto, and the entire record herein and in the related cases, it is hereby

**ORDERED** that plaintiff's motion is denied.

ENTERED this ____ day of _____, 2008.

_____
Richard J. Leon
United States District Judge