# ROSE & ROSE

*A Professional Corporation*
*1320 19th Street, N.W.*
*Suite 601*
*Washington, D.C. 20036*
*Telephone: (202) 331-8555*
*Fax: (202) 331-0996*

*David L. Rose*
*daver@roselawyers.com*
*(202) 331-8555*

*Joshua N. Rose*
*josh@roselawyers.com*
*(202) 331-8556*

*Earlene Rosenberg*
*erosenberg@roselawyers.com*
*(202) 331-8557*

*Yuval Rubinstein*
*yrubinstein@roselawyers.com*
*(202) 331-8555 x20*

*Robert J. Perkins, Of Counsel*
*bperkins@roselawyers.com*

August 20, 2008

**VIA ELECTRONIC MAIL**

Eric M. Nelson
Winston & Strawn LLP
200 Park Ave.
New York, N.Y. 10166

Re:   Discovery in Schuler v. PwC
      05-cv-02355 (RJL)

Dear Eric:

In response to your letter of yesterday, we believe that the filing proposed in your letters does not fully address the 14 "matters" that the parties should discuss under Local Rule 16(c), and that the report should discuss the many other items. Local Rule 16(c). The Report to the Court we believe is due by next Monday, May 25. Local Rule 16(d). This case is "a pattern or practice" case in which Plaintiff "alleges that PwC's discriminatory retirement policy, which begets a discriminatory promotion policy" which denies to him and other older professional employees equal opportunity in promotion to partnership. Schuler v. PwC, 514 F. 3d 1365, 1371. Discovery in the Murphy-Schuler case was narrowed by the district court's grant of partial summary judgment on the pattern or practice claims in that case. The claims in that case are significantly narrower than the claims in this case under the pleadings and the ruling of the Court of Appeals cited above.

Yuval and I are available this afternoon or tomorrow to discuss. Please give us a call.

Sincerely,

David L. Rose
Yuval Rubinstein
Attorneys for Harold Schuler