### Nelson, Eric M.

| | |
|---|---|
| **From:** | Nelson, Eric M. |
| **Sent:** | Tuesday, August 19, 2008 11:35 AM |
| **To:** | daver@roselawyers.com; yrubinstein@roselawyers.com |
| **Cc:** | Aschenbrand, Jason S. |
| **Subject:** | Schuler v. PwC, No. )5-cv-02355 |

David:

As we agreed in our telephone conversation a few minutes ago, I will prepare and forward to you a joint proposed scheduling order providing that any remaining discovery be concluded by October 15, 2008, and that dispositive motions be filed no later than December 1, 2008.

Eric

**Eric M. Nelson**
Partner

Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
T: +1 (212) 294-6700
F: +1 (212) 294-4700

email | www.winston.com

WINSTON
& STRAWN
LLP

## Nelson, Eric M.

| | |
|---|---|
| **From:** | Nelson, Eric M. |
| **Sent:** | Tuesday, August 19, 2008 3:37 PM |
| **To:** | daver@roselawyers.com; yrubinstein@roselawyers.com |
| **Cc:** | Aschenbrand, Jason S. |
| **Subject:** | Schuler v. PwC, No. 05-cv-02355 |
| **Attachments:** | DOC_000009b5.PDF |

David:

Please review the attached scheduling order, and let me know if it is okay for filing.

Thanks.

Eric

**Eric M. Nelson**
**Partner**

Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
T: +1 (212) 294-6700
F: +1 (212) 294-4700

email | www.winston.com

WINSTON
& STRAWN
LLP

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD D. SCHULER,<br><br>Plaintiff,<br><br>On Behalf of Himself and Other Similarly Situated Older Employees<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLP,<br><br>Defendant. | Civil Case No. 05cv2355 (RJL) (DAR) |

## JOINT NOTICE OF FILING OF PROPOSED SCHEDULING ORDER

Pursuant to the Minute Order of this Court, entered August 11, 2008, the undersigned counsel for the respective parties have conferred and respectfully submit the attached Joint Proposed Scheduling Order to govern further proceedings in this case.

Dated: August 19, 2008

_____/s/_____
David L. Rose (376379)
Rose & Rose, P.C.
1320 19th Street, NW, Suite 621
Washington, DC 20036
(202) 331-8555

Counsel for Plaintiff

_____/s/_____
Eric M. Nelson (*pro hac vice*)
Stephen Sheinfeld (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700

Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD D. SCHULER,<br><br>Plaintiff,<br><br>On Behalf of Himself and Other Similarly Situated Older Employees<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLP,<br><br>Defendant. | Civil Case No. 05cv2355 (RJL) (DAR) |

## JOINT PROPOSED SCHEDULING ORDER

Upon consideration of the Joint Notice of Filing Proposed Scheduling Order, and the entire record herein and in the related cases, it is hereby

**ORDERED** that any remaining discovery in this action be completed by October 15, 2008; and it is further

**ORDERED** that dispositive motions be filed no later than December 1, 2008.

ENTERED this ___ day of August, 2008.

_____
Richard J. Leon
United States District Judge