UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD D. SCHULER,<br><br>Plaintiff,<br><br>On Behalf of Himself and Other Similarly Situated Older Employees<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLP,<br><br>Defendant. | Civil Case No. 05cv2355 (RJL) (DAR) |

## PROPOSED SCHEDULING ORDER

Upon consideration of defendant's Notice of Filing Proposed Scheduling Order, and the entire record herein and in the related cases, it is hereby

**ORDERED** that any remaining discovery in this action be completed by October 15, 2008; and it is further

**ORDERED** that dispositive motions be filed no later than December 1, 2008.

ENTERED this ___ day of August, 2008.

_____
Richard J. Leon
United States District Judge