UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD D. SCHULER, )<br>)<br>) Plaintiff, )<br>)<br>On Behalf of Himself and Other Similarly )<br>Situated Older Employees )<br>)<br>v. )<br>)<br>PRICEWATERHOUSECOOPERS, LLP, )<br>)<br>Defendant. )<br>) | Civil Case No. 05cv2355 (RJL) (DAR) |

## NOTICE OF FILING OF PROPOSED SCHEDULING ORDER

Pursuant to the Minute Order of this Court entered August 11, 2008 (the "Minute Order"), defendant PricewaterhouseCoopers LLP ("PwC') hereby submits the attached Proposed Scheduling Order to govern further proceedings in this case.

As directed in the Minute Order, the undersigned counsel for PwC conferred with plaintiff's counsel, David Rose, Esq., by telephone and in writing both before and after the entry of the Minute Order. In a telephone conference on August 19, 2008, Mr. Rose agreed to the deadlines set forth in the Proposed Scheduling Order (see Exhibit A hereto). Indeed, the dates were extended to accommodate Mr. Rose's trial schedule in another case, and his assertion that additional discovery is appropriate in this case.

The reason the attached Scheduling Order is not "jointly" proposed, as provided in the Minute Order, is that Mr. Rose yesterday asserted that the proposed scheduling order should also address all 14 matters specified in LCvR 16.3 (see Exhibit B hereto). As set forth in PwC's

response (see Exhibit C hereto), Mr. Rose's contention is in contravention of the Minute Order, which denied plaintiff's motion for an LCvR 16.3 conference between the parties -- a motion that was based in the first instance on a flat out misrepresentation that "[t]here has been no discovery in this case and effectively no schedule" (see Docket No. 25). Apart from failing to respect and abide by this Court's Minute Order denying plaintiff's motion for a LCvR 16.3 conference (conduct which we view as subject to sanctions pursuant to Rule 16(f)(1)(C) and the inherent power of the Court), Mr. Rose's continued insistence on invoking LCvR 16.3 at this late date disregards entirely the extensive procedural and discovery history of this litigation described in PwC's opposition to the motion denied by the Minute Order (see Docket No. 28).

Accordingly, PwC submits that the attached Proposed Scheduling Order governing further proceedings in this case is in compliance with the Minute Order, and respectfully requests that it be approved by the Court.

Dated: August 21, 2008

                                                Respectfully submitted,

/s/ Eric M. Nelson
Eric M. Nelson, Esq. (admitted *pro hac vice*)
Stephen L. Sheinfeld, Esq. (admitted *pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
(212) 294-6700
Facsimile: (212) 294-4700

Thomas M. Buchanan (#337907)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20036
(202) 282-5000
Facsimile: (202) 282-5100

Counsel for Defendant
PricewaterhouseCoopers LLP

2