UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD D. SCHULER, ) | |
| ) | Civil Case No. 05cv2355 (RJL) (DAR) |
| Plaintiff, ) | |
| ) | |
| On Behalf of Himself and Other Similarly ) | |
| Situated Older Employees ) | |
| ) | |
| v. ) | |
| ) | |
| PRICEWATERHOUSECOOPERS, LLP, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO
DEFENDANT'S NOTICE OF PROPOSED SCHEDULING ORDER**

Plaintiff's response (Docket No. 31, ¶¶ 2, 4 (6), 4 (8)) expressly agrees with the dates set forth in defendant's Proposed Scheduling Order (Docket No. 30). As that Scheduling Order is in compliance with the Minute Order of this Court entered August 11, 2008, it is submitted that it should be approved by the Court.

Plaintiff's gratuitous report on LCvR 16.3(c) matters is inappropriate. Plaintiff filed an initial scheduling order pursuant to LCvR 16.3(c) in December 2005 (Docket No. 4), which was approved by Minute Order entered January 9, 2006, and plaintiff's recent motion for another LCvR 16.3 conference (Docket No. 25) was denied by this Court's August 11, 2008 Minute Order. To avoid any further confusion, it should be noted that at least two of plaintiff's points are inconsistent with prior Orders of this Court: (i) plaintiff's assertion that "[t]his case should not be assigned to a magistrate judge" (Docket No. 31, ¶ 4 (3)) fails to recognize that, by Minute Order entered December 16, 2005, all nondispositive discovery motions in this case are to be

referred to Magistrate Judge Robinson; and, (ii) plaintiff's assertion that an unspecified "Protective Order in the 2002 case should be amended to apply in this case" (id., ¶ 4 (8)) is, at best, redundant in light of the provision in the January 9, 2006 Minute Order that "all discovery and protective orders entered and to be entered in each of the [related] cases shall be deemed applicable to each of the other cases, as if entered therein [.]"

Since none of plaintiff's LCvR 16.3(c) points are appropriately included in a scheduling order governing further proceedings in this case, and plaintiff does not appear to contend otherwise or submit a counter-proposed scheduling order, it is respectfully submitted that the proposed Scheduling Order (Docket No. 30) should be approved.

Dated: August 26, 2008

                                         Respectfully submitted,

                                         /s/ Eric M. Nelson
                                         Eric M. Nelson, Esq. (admitted *pro hac vice*)
                                         Stephen L. Sheinfeld, Esq. (admitted *pro hac vice*)
                                         WINSTON & STRAWN LLP
                                         200 Park Avenue
                                         New York, New York 10166
                                         (212) 294-6700
                                         Facsimile: (212) 294-4700

                                         Thomas M. Buchanan (#337907)
                                         WINSTON & STRAWN LLP
                                         1700 K Street, N.W.
                                         Washington, D.C. 20036
                                         (202) 282-5000
                                         Facsimile: (202) 282-5100

                                         Counsel for Defendant
                                         PricewaterhouseCoopers LLP